**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF J.C.S., A MINOR | : | No. 77 WAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: L.W.P., FATHER | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.